| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF WASHINGTON | | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 | ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Akthar** <br> First name <br><br> **K** <br> Middle name <br><br> **Sherani** <br> Last name and Suffix (Sr., Jr., II, III) | **Munna** <br> First name <br><br> **K** <br> Middle name <br><br> **Choudhri** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-9526 | xxx-xx-3936 |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| Debtor 1 | Akthar K Sherani | | |
| Debtor 2 | Munna K Choudhri | | |

Case number *(if known)* _____

**4. Your Employer Identification Number (EIN), if any.**

_____
EIN

_____
EIN

**5. Where you live**

**18405 W Lake Desire Dr SE**
**Renton, WA 98058**
Number, Street, City, State & ZIP Code

**King**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

Debtor 1 **Akthar K Sherani**
Debtor 2 **Munna K Choudhri**

Case number *(if known)* _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District ___ When ___ | Case number, if known ___ |
| Debtor | Relationship to you |
| District ___ When ___ | Case number, if known ___ |

**11. Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Debtor 1 | Akthar K Sherani | | |
|---|---|---|---|
| Debtor 2 | Munna K Choudhri | Case number *(if known)* | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

| Debtor 1 | **Akthar K Sherani** | |
|---|---|---|
| Debtor 2 | **Munna K Choudhri** | Case number *(if known)* |

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of**: ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

| Debtor 1 | **Akthar K Sherani** | | |
|---|---|---|---|
| Debtor 2 | **Munna K Choudhri** | | Case number *(if known)* |

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☛ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☛ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☛ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☛ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☛ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☛ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☛ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Akthar K Sherani** | **/s/ Munna K Choudhri** |
|---|---|
| **Akthar K Sherani** | **Munna K Choudhri** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **September 27, 2024** | Executed on **September 27, 2024** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Akthar K Sherani** | |
|---|---|---|
| Debtor 2 | **Munna K Choudhri** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| **/s/ Jamie J. McFarlane WSBA** | Date | **September 27, 2024** |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Jamie J. McFarlane WSBA #41320**
Printed name

**The Tracy Law Group PLLC**
Firm name

**1601 Fifth Ave. Ste 610**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **206-624-9894**   Email address

**WSBA #41320 WA**
Bar number & State

ADP
PO BOX 842875
BOSTON, MA 02284


AHS
3400 PLAYERS CLUB PKWY STE 300
MEMPHIS, TN 38125


ALLEY SOUTH LAKE UNION
C/O FPI MANAGEMENT
241 YALE AVE N
SEATTLE, WA 98109


AMANDA SCHMIDT
7200 E GREENLAKE DR N
SEATTLE, WA 98115


AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096


ANTON ZHUPANENKO
6006 S FERDINAND ST.
TACOMA, WA 98409


ARAMARK
PO BOX 101179
PASADENA, CA 91189


ARIEL BOUSKILA
BERKOVITCH & BOUSKILA PLLC
1545 U.S. 202, SUITE 101
POMONA, NY 10970


ASWOOD COMMONS
1745 SHEA CENTER DRIVE, ST 200
HIGHLANDS RANCH, CO 80129


BIZX
11820 NORTHUP WAY STE E108
BELLEVUE, WA 98005


BLACK CARD - MASTERCARD
PO BOX 8801
WILMINGTON, DE 19899

BOUNCE AND LAZERTAG LLC DBA
PUMP IT UP


CAFE UMBRIA
8620 16TH AVE S
SEATTLE, WA 98108


CAP ASSOCIATES


CAPITAL ONE
POB 30253
SALT LAKE CITY, UT 84130


CASCADE PLAZA ASSOCIATES, LLC
C/O DICKSON FROHLICH PHILLIPS
1200 EAST D ST
TACOMA, WA 98421


CEDAR GROVE RECYCLING
7343 E. MARGINAL WAY S
SEATTLE, WA 98108


CHASE - CARD MEMBER SERVICES
PO BOX 6294
CAROL STREAM, IL 60197


CHASE BANK
PO BOX 6294
CAROL STREAM, IL 60197


CHRISTOPHER L. THAYER
CARNEY BADLEY SPELLMAN, P.S.
701 FIFTH AVE, STE 3600
SEATTLE, WA 98104


CITIBANK
PO BOX 6500
SIOUX FALLS, SD 57117


COMCAST
PO BOX 60533
CITY OF INDUSTRY, CA 91716

COZZINI BROS
350 HOWARD AVE
DES PLAINES, IL 60018


DOORDASH
303 2ND ST., STE 800
SAN FRANCISCO, CA 94107


DS POINT FOSDICK LP
PO BOX 664001
DALLAS, TX 75266


DS POINT FOSDICK LP
PO BOX 66400
DALLAS, TX 75266


DS PROPERTIES 18, LP
2175 NW RALEIGH ST, STE 110
PORTLAND, OR 97210


ECOLAB
PO BOX 100512
PASADENA, CA 91189


FARAZ QURESHI
2619 SEATTLE HILL RD
BOTHELL, WA 98012


FHR MAIN RETAIL CENTER LLC
PO BOX 889303
LOS ANGELES, CA 90088


FINTAP
777 PASSAIC AVE, STE 375
CLIFTON, NJ 07012


FULL TILT ICE CREAM
9411 8TH AVE S, #3
SEATTLE, WA 98108


FUN BRANDS DBA PUMP IT UP
17767 N PERIMETER DR. STE B117
SCOTTSDALE, AZ 85255

HEADWAY CAPITAL, LLC
175 W. JACKSON BLVD, STE 1000
CHICAGO, IL 60604


HOME STREET LOAN SERVICING
33405 8TH AVE S., SUITE 100
FEDERAL WAY, WA 98003


INSIGHT PEST CONTROL
33705 9TH AVE S
FEDERAL WAY, WA 98003


INSURANCE LOSS NAUTILIUS


JAMES SCHMIDT
2615 28TH AVE W
SEATTLE, WA 98199


JAMS
1420 FIFTH AVE, STE 1650
SEATTLE, WA 98101


JEFFREY PARRELLA
AWN&R COMMERCIAL LAW GROUP
14 WALL STREET, 20TH FLOOR
NEW YORK, NY 10005


JOHN SCHMIDT
13310 BITTER PL N
SEATTLE, WA 98133


JOHN SCHMIDT


JUMP ZONE LLC DBA PUMP IT UP


KENT EAST COMMERCIAL LLC
C/O BURNS LAW PLLC
524 TACOMA AVE S
TACOMA, WA 98402

LUNCBOX LABORATORY GIG HARBOR

LUNCHBOX LAB 1 LLC

LUNCHBOX LABORATORY BELLEVUE
3035 ISLAND CREST WAY
MERCER ISLAND, WA 98040

LUNCHBOX LABORATORY BELLEVUE
989 112TH AVE NE, STE 105
BELLEVUE, WA 98004

LUNCHBOX LABORATORY SEA LLC
7200 EAST GREEN LAKE DR N
SEATTLE, WA 98115

LUNCHBOX LABORATORY SEA LLC
3035 ISLAND CREST WAY
MERCER ISLAND, WA 98040

MACDONALD MEAT
2709 AIRPORT WAY S
SEATTLE, WA 98134

MARKO MISSURA
7250 176TH ST. CT. E
PUYALLUP, WA 98375

MARLIN LEASING C LO/PEAC
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054

MATRIX ANESTHESIA PS
PO BOX 24503
SEATTLE, WA 98124

MERCEDES BENZ FINANCIAL SERVIC

MIKE DAUDT
110 PREFONTAINE PL S STE 304
SEATTLE, WA 98104

NAUTILUS INSURANCE COMPANY
7233 EAST BUTHERUS DR
SCOTTSDALE, AZ 85260


NEIGHBORHOOD GRILLS HOLDING CO
C/O GREEN & NORWOOD PLLC
2284 W. COMMODORE WAY, STE 300
SEATTLE, WA 98199


NUCO2
2800 SE MARKET PL
PALM CITY, FL 34990


O8O HURRICANE SIMULATOR
2804 N 36TH ST
TAMPA, FL 33605


ORDERS.CO
12228 SHERMAN WAY
NORTH HOLLYWOOD, CA 91605


PAPA JOHNS FEDERAL WAY
112 SW 312TH ST
FEDERAL WAY, WA 98023


PAPA JOHNS TACOMA
3411 6TH AVE
TACOMA, WA 98406


PARK PLACE MOTORCARS DALLAS
6113 LEMMON AVE
DALLAS, TX 75209


PARK PLACE WACO - LEASING
909 BAYLOR AVE
WACO, TX 76706


PEAC SOLUTIONS
300 FELLOWSHIP ROAD
MOUNT LAUREL, NJ 08054


PEPSI BEVERAGES CO
3801 BRIGHTON BLVD
DENVER, CO 80216

PHOTO TOUCH
15950 BERNARDO CENTER DR STE B
SAN DIEGO, CA 92127


PIERCE COUNTY ASSESSOR
2401 S. 35TH ST., ROOM 142
TACOMA, WA 98409


PRADEEP RATHINAM
15457 SE 60TH PL
BELLEVUE, WA 98006


PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009


RAINIER CONNECT
PO BOX 639
EATONVILLE, WA 98328


RDM CAPITAL FUNDING, LLC
DBA FINTAP
777 PASSAIC AVE, STE 375
CLIFTON, NJ 07012


RECOLOGY KING COUNTY - LB 1127
PO BOX 35146
SEATTLE, WA 98124


RED 8 CONSULTING
PO BOX 182
MEDINA, WA 98039


REPUBLIC SERVICES
1600 127TH AVE NE
BELLEVUE, WA 98005


ROUNDPOINT MORTGAGE SERVICING
PO BOX 1949
CHARLOTTE, NC 28219


RWS

SAMSON MCA LLC
1545 ROUTE 202 STE 201
POMONA, NY 10970


SATURN
105 E STEWART AVE, STE 2B
PUYALLUP, WA 98372


SATWANT SINGH
3711 CENTER ST.
TACOMA, WA 98409


SBA
PO BOX 3918
PORTLAND, OR 97208


SEATTLE CITY LIGHT
PO BOX 35178
SEATTLE, WA 98124


SHARMILLA RATHINAM
15457 SE 60TH PL
BELLEVUE, WA 98006


STACI MOLZAHN
7200 E GREENLAKE DR. N
SEATTLE, WA 98115


STACI MOLZAHN


SUNSTAR VENDING INC.
142 19TH ST.
BROOKLYN, NY 11232


SUSSMAN SHANK LLP
1000 SW BROADWAY, #1400
PORTLAND, OR 97205


SWEDISH MEDICAL CENTER
P.O. BOX 660354
DALLAS, TX 75266

```
SYSCO
C/O RAUCH-MILLIKEN INTERN. INC
440 TRENTON ST
METAIRIE, LA 70006


TACOMA PUBLIC UTILITES
3628 S 35TH ST
TACOMA, WA 98409


THE TAPMAN MMG
PO BOX 97054
KENT, WA 98064


TOAST CAPITAL, LLC - WEB BANK
401 PARK DRIVE, STE 801


TOAST CAPITAL, LLC - WEB BANK
401 PARK DRIVE, STE 801
BOSTON, MA 02215


TRAVELERS CASULITY



TRUEGREEN
PO BOX 78611
PHOENIX, AZ 85062


TRUNG LE
4409 S 164TH ST.
TUKWILA, WA 98188


UMPQUA BANK
5885 MEADOWS ROAD, STE 400
LAKE OSWEGO, OR 97035


US BANK
PO BOX 1800
SAINT PAUL, MN 55101


VERA & ASSOC., PLLC
100 WEST HARRISON SOUTH TOWER
SUITE 300
SEATTLE, WA 98119
```